

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 27, 2019

**By ECF**
Honorable John G. Koeltl
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**   *United States v. Daniel Egipciaco*
              05 Cr. 202 (JGK)

Dear Judge Koeltl:

    Attached please find the Government's proposed *nolle prosequi* to be filed as to defendant Daniel Egipciaco with respect to Prior Felony Information 05 Cr. 202(JGK), filed September 30, 2005 (Docket Number 49).

                                       Very truly yours,

                                       GEOFFREY S. BERMAN
                                       United States Attorney

                         by: <u>s/Andrew S. Dember</u>
                             Andrew S. Dember
                             Assistant United States Attorney
                             (212) 637-2563

cc: Peggy Cross-Goldenberg, Esq.
    (By ECF)