Exhibit H

# MichaelAngelos Brick Oven Restaurant

Date 8-7-2019

To Whom It May Concern,

My name is Nicolette Lekacjai. My family owns MichaelAngelos Restaurant for over 10 years, located in the Bronx, New York.

I have known Mr. Egipciaco for many years and have maintained contact with him during his incarceration. Mr. Egipciaco has proven to be a very intelligent, trustworthy, and hard working individual.

My family and I will support him in his efforts to re-enter the community as a productive individual, and we would be pleased to offer Mr. Egipciaco a job opportunity in our establishment upon his release.

Yours Truly, Nicolette Lekacjai

*[signature]*

2477 Arthur Avenue Bronx, NY 10458   718 220 8355