# Exhibit J

# EXHIBIT FIVE

# STASH HOUSE DEFENDANT SENTENCING CHART

# § 3553(a)(6) Comparison Charts: Sentencing and Bond Data for Stash House Defendants (10-12-18 version)*

## Chart 1: Sentencing and Bond Data for Stash House Defendants

| General Information | | | | Guideline Calculation | | | | Govt. Rec. | Sentence | | | Sentence v. GL Calculation | | Behavior on Bond | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant | Initial Target | Case # | Judge | Criminal History | Offense Level | GL Range | Role Enhancement | | Sentence Imposed | Mos. Served | Mos. Below Low End | % Below Low End | Bond Decision | Violations of Bond | Min. No. of Violations | Nature of Violations | Revoked | Total Mos. on Bond |
| Angel Olson | No | 13-cr-476 | Leinenweber, J | I | 23 | 46-57 | No | 46-57 | Time Served | 24 | 22 | 48% | Granted | Yes | | | Yes | 41 |
| Mishon Washington | No | 13-cr-476 | Leinenweber, J | I | 23 | 46-57 | No | 46 | Time Served | 13 | 33 | 72% | Granted | Yes | 13 | | Yes | |
| Adonis Berry | No | 13-cr-103 | Gettleman, J | I | 23 | 46-57 | No | 46-57 | Time Served | 6 days | 46 | 100% | Granted | Yes | 2 | 2 technicals | No | 60 |
| Randy Walker | No | 13-cr-103 | Gettleman, J | I | 23 | 46-57 | No | 46-57 | Time Served | 6 days | 46 | 100% | Granted | No | 0 | N/A | No | 66 |
| Randy Paxton | No | 13-cr-103 | Gettleman, J | I | 23 | 46-57 | No | 46-57 | 12 Mos + 1 day | | 34 | 74% | Granted | | | | Yes | |
| Cornelius Paxton | Yes | 13-cr-103 | Gettleman, J | I | 27 | 70-87 | Yes | 70-87 | 15 Months | | 55 | 79% | Granted | | | | No | |
| Matthew Webster | No | 13-cr-103 | Gettleman, J | II | 23 | 51-63 | No | 51-63 | Time Served | 6 days | | 100% | Granted | | | | No | |
| Miguel Ledesma | No | 13-cr-476 | Leinenweber, J | II | 23 | 51-63 | No | 51-63 | Time Served | 30 | 21 | 41% | Granted | | | | No | |
| Demetrio Benitez | No | 13-cr-476 | Leinenweber, J | II | 23 | 51-63 | No | 51-63 | Time Served | 60 | 0 | 0% | Denied | N/A | N/A | N/A | N/A | N/A |
| David Cousins | Yes | 12-cr-865 | Feinerman, J | II | 25 | 63-78 | Denied | 78-97 | Time Served | 28 | 35 | 55% | Granted | No | 0 | N/A | No | 41 |
| A. Washington | No | 12-cr-632 | Castillo, J | II | 25 | 63-78 | No | 63 | Time Served | 31 | 32 | 51% | Granted | Yes | 2 | 2 technicals | No | 39 |
| Paul Davis | Yes | 13-cr-063 | Ellis, J | II | 29 | 97-121 | Yes (+4) | 109 | Time Served | 29 | 68 | 70% | Granted | Yes | 8 | 1 arrest; 7 technicals | No | 37 |
| Paul Reding | No | 13-cr-476 | Leinenweber, J | III | 23 | 57-71 | No | 57 | 12 Mos + 1 day | 9 days | 45 | 79% | Granted | | | | No | |
| Decrie Stevens | No | 13-cr-476 | Leinenweber, J | III | 23 | 57-71 | No | 57-71 | Time Served | 58 | 0 | 0% | Granted | | | | No | |
| Kenneth Taylor | No | 12-cr-632 | Castillo, J | III | 25 | 70-87 | No | 70-87 | Time Served | 50 | 20 | 29% | Granted | | | | No | |
| Jayvon Byrd | No | 13-cr-063 | Ellis, J | III | 25 | 70-87 | No | 87 | 51 Months | 35** | 19 | 27% | Granted | Yes | | violent arrest (murder) | Yes | |
| Demetrius Wrotten | No | 13-cr-636 | Durkin, J | III | 25 | 70-87 | No | 70-87 | Time Served | 30 | 40 | 57% | Granted | No | | | No | |
| Nolan Swain | No | 13-cr-636 | Durkin, J | III | 25 | 70-87 | No | 70-87 | Time Served | 9 | 61 | 87% | Granted | Yes | 5 | 2 arrests; 3 technicals | Yes | 54 |
| Leslie Mayfield | Yes | 15-cr-497 | Chang, J | III | 30 | 121-151 | Yes (+2) | 151 | Time Served | 114 | 7 | 6% | Denied | N/A | N/A | N/A | N/A | N/A |
| Michael Cousins | No | 12-cr-865 | Feinerman, J | IV | 25 | 84-105 | No | 84-105 | Time Served | 53 | 31 | 37% | Granted | | | | No | |
| David Flowers | No | 11-cr-779 | Coleman, J | IV | 33 | 248-295 | No | 84 | Time Served | | | | Granted | | | | No | |
| Jesus Corona | No | 12-cr-511 | Coleman, J | IV | 23 | 70-87 | No | 70 | <Time Served | 65 | 20 | 24% | Granted | | | | No | |
| Thomas Jackson | Yes | 13-cr-636 | Durkin, J | IV | 29 | 121-151 | Yes (+4) | 121-151 | Time Served | 28 | 93 | 77% | Granted | | | | No | |

* These charts were prepared by Alison Siegler, James DuBray, and students in the University of Chicago Law School's Federal Criminal Justice Clinic. The information on these charts was drawn from docket sheets, plea agreements, government and defense sentencing filings, Judgment & Commitment Orders, and conversations with counsel in the listed cases. An earlier version of the first chart was submitted to Judge Feinerman and government counsel in U.S. v. David Cousins, 12-CR-865.

**Mr. Byrd spent 16 months in federal custody and 19 months in state custody.

Page 1 of 3

| General Information | | | | Guideline Calculation | | | | Govt. Rec. | Sentence | | Sentence v. GL Calculation | | Behavior on Bond | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant | Initial Target | Case # | Judge | Criminal History | Offense Level | GL Range | Role Enhancement | | Sentence Imposed | Mos. Served | Mos. Below Low End | % Below Low End | Bond Decision | Violations of Bond | Min. No. of Violations | Nature of Violations | Revoked | Total Mos. on Bond |
| Christopher Davis | No | 12-cr-632 | Castillo, J | V | 19 | 57-71 | No | 57 | Time Served | 24 | 33 | 58% | Granted | Yes | 7 | 5 arrests; 2 violent arrests | Yes | 36 |
| John Hummons | No | 12-cr-887 | Castillo, J | V | 23 | 84-105 | No | 84-105 | 60 Months | 34 | 24 | 29% | Granted | Yes | 1 | 1 conv | No | |
| Dante Jeffries | No | 13-cr-063 | Ellis, J | V | 25 | 100-125 | No | 125 | 100 Months | 34 | 0 | 0% | Granted | Yes | 6 | 1 technicals; 4 arrests; 3 pending cases | Yes | 11 |
| Luis Borrero | No | 12-cr-511 | Coleman, J | V | 25 | 100-125 | No | 110 | Time Served | 72 | 28 | 28% | Granted | Yes | 3 | 3 technicals | Yes | 7 |
| Calvin Williams | Yes | 13-cr-636 | Durkin, J | V | 25 | 100-125 | No | 100-125 | Time Served | 61 | 39 | 39% | Denied | N/A | N/A | N/A | N/A | N/A |
| Dunwod Lloyd | No | 12-cr-865 | Feinerman, J | V | 26 | 100-125 | No | 151-188 | Time Served | 53 | 47 | 47% | Granted | Yes | 2 | 2 technicals | No | N/A |
| Ceferino Malave | No | 12-cr-511 | Coleman, J | VI | 23 | 92-115 | No | 110 | Time Served | 72 | 20 | 22% | Denied | N/A | N/A | N/A | N/A | N/A |
| Nicko Hadley | No | 12-cr-713 | Feinerman, J | VI | 23 | 92-115 | No | 92-115 | 68 months | 52 | 24 | 26% | Granted | Yes | 5 | 4 technicals; 1 violent arrest | Yes | 13 |
| Benjamin Dejesus | Yes | 12-cr-511 | Coleman, J | VI | 25 | 110-137 | Yes | 130 | Time Served | 57 | 53 | 48% | Granted | | | | Yes | |
| William Alexander | Yes | 11-cr-148 | St. Eve, J | VI | 25 | 110-137 | Yes (+2) | 110-137 | Time Served | 68 | 42 | 39% | Granted | Yes | 3 | 3 technicals | No | 19 |
| Antonio Williams | Yes | 12-cr-887 | Castillo, J | VI | 30 | 168-210 | Yes (+2) | 168-210 | Time Served | 62 | 106 | 63% | Granted | Yes | 1 | Flight from third-party custody | Yes | |

## Chart 2: Sentencing Data for Stash House Defendants, 10-12-18 (bond information omitted)

| General Information | | | | Guideline Calculation | | | | Govt. Rec. | Sentence | | Sentence v. GL Calculation | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Defendant | Initial Target | Case # | Judge | Criminal History | Offense Level | GL Range | Role Enhancement | | Sentence Imposed | Mos. Served | Mos. Below Low End | % Below Low End |
| Angel Olson | No | 13-cr-476 | Leinenweber, J | I | 23 | 46-57 | No | 46-57 | Time Served | 24 | 22 | 48% |
| Mishon Washington | No | 13-cr-476 | Leinenweber, J | I | 23 | 46-57 | No | 46 | Time Served | 13 | 33 | 72% |
| Adonis Berry | No | 13-cr-103 | Gettleman, J | I | 23 | 46-57 | No | 46-57 | Time Served | 6 days | 46 | 100% |
| Randy Walker | No | 13-cr-103 | Gettleman, J | I | 23 | 46-57 | No | 46-57 | Time Served | 6 days | 46 | 100% |
| Randy Paxton | No | 13-cr-103 | Gettleman, J | I | 23 | 46-57 | No | 46-57 | 12 Mos + 1 day | | 34 | 74% |
| Cornelius Paxton | Yes | 13-cr-103 | Gettleman, J | I | 27 | 70-87 | Yes | 70-87 | 15 Months | | 55 | 79% |
| Matthew Webster | No | 13-cr-103 | Gettleman, J | II | 23 | 51-63 | No | 51-63 | Time Served | 6 days | | 100% |
| Miguel Ledesma | No | 13-cr-476 | Leinenweber, J | II | 23 | 51-63 | No | 51-63 | Time Served | 30 | 21 | 41% |
| Demetrio Benitez | No | 13-cr-476 | Leinenweber, J | II | 23 | 51-63 | No | 51-63 | Time Served | 60 | 0 | 0% |
| David Cousins | Yes | 12-cr-865 | Feinerman, J | II | 25 | 63-78 | Denied | 78-97 | Time Served | 28 | 35 | 55% |
| Alfred Washington | No | 12-cr-632 | Castillo, J | II | 25 | 63-78 | No | 63 | Time Served | 31 | 32 | 51% |
| Paul Davis | Yes | 13-cr-063 | Ellis, J | II | 29 | 97-121 | Yes (+4) | 109 | Time Served | 29 | 68 | 70% |
| Paul Reding | No | 13-cr-476 | Leinenweber, J | III | 23 | 57-71 | No | 57 | 12 Mos + 1 day | 9 days | 45 | 79% |
| Deeric Stevens | No | 13-cr-476 | Leinenweber, J | III | 23 | 57-71 | No | 57-71 | Time Served | 58 | 0 | 0% |
| Kenneth Taylor | No | 12-cr-632 | Castillo, J | III | 25 | 70-87 | No | 70-87 | Time Served | 50 | 20 | 29% |
| Jayvon Byrd | No | 13-cr-063 | Ellis, J | III | 25 | 70-87 | No | 87 | 51 Months | 35** | 19 | 27% |
| Demetrius Wrotten | No | 13-cr-636 | Durkin, J. | III | 25 | 70-87 | No | 70-87 | Time Served | 30 | 40 | 57% |
| Nolan Swain | No | 13-cr-636 | Durkin, J. | III | 25 | 70-87 | No | 70-87 | Time Served | 9 | 61 | 87% |
| Leslie Mayfield | Yes | 15-cr-497 | Chang, J | III | 30 | 121-151 | Yes (+2) | 151 | Time Served | 114 | 7 | 6% |
| Michael Cousins | No | 12-cr-865 | Feinerman, J | IV | 25 | 84-105 | No | 84-105 | Time Served | 53 | 31 | 37% |
| David Flowers | No | 11-cr-779 | Coleman, J | IV | 33 | 248-295 | No | 84 | Time Served | | | |
| Jesus Corona | No | 12-cr-511 | Coleman, J | IV | 23 | 70-87 | No | 70 | <Time Served | 65 | 20 | 24% |
| Thomas Jackson | Yes | 13-cr-636 | Durkin, J. | IV | 29 | 121-151 | Yes (+4) | 121-151 | Time Served | 28 | 93 | 77% |
| Christopher Davis | No | 12-cr-632 | Castillo, J | V | 19 | 57-71 | No | 57 | Time Served | 24 | 33 | 58% |
| John Hummons | No | 12-cr-887 | Castillo, J | V | 23 | 84-105 | No | 84-105 | 60 Months | 34 | 24 | 29% |
| Dante Jeffries | No | 13-cr-063 | Ellis, J | V | 25 | 100-125 | No | 125 | 100 Months | 34 | 0 | 0% |
| Luis Borrero | No | 12-cr-511 | Coleman, J | V | 25 | 100-125 | No | 110 | Time Served | 72 | 28 | 28% |
| Calvin Williams | Yes | 13-cr-636 | Durkin, J. | V | 25 | 100-125 | No | 100-125 | Time Served | 61 | 39 | 39% |
| Dunwod Lloyd | No | 12-cr-865 | Feinerman, J | V | 26 | 100-125 | No | 151-188 | Time Served | 53 | 47 | 47% |
| Ceferino Malave | No | 12-cr-511 | Coleman, J | VI | 23 | 92-115 | No | 110 | Time Served | 72 | 20 | 22% |
| Nieko Hadley | No | 12-cr-713 | Feinerman, J | VI | 23 | 92-115 | No | 92-115 | 68 months | 52 | 24 | 26% |
| Benjamin Dejesus | Yes | 12-cr-511 | Coleman, J. | VI | 25 | 110-137 | Yes | 130 | Time Served | 57 | 53 | 48% |
| William Alexander | Yes | 11-cr-148 | St. Eve, J | VI | 25 | 110-137 | Yes (+2) | 110-137 | Time Served | 68 | 42 | 39% |
| Antonio Williams | Yes | 12-cr-887 | Castillo, J | VI | 30 | 168-210 | Yes (+2) | 168-210 | Time Served | 62 | 106 | 63% |