# Exhibit B

## POSITIVE DECISION REPORT

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Justification Report

| | | | |
|---|---|---|---|
| 1. Institution: FTD | | | |
| 2. Inmate's Name<br>Egipciaco, Daniel | 3. Register Number<br>57385-054 | 4. Date of Incident<br>07-22-2019 | 5. Time<br>8:00 a.m. |
| 6. Place of Incident<br>Ft. Dix | 7. Assignment<br>5811 Ord W | 8. Unit<br>5811 | |

**9. Positive Behavior Demonstrated in Institution Related to ISDS:**

☐ Daily Living Skills
☐ Mental Health Skills
☐ Wellness Skills
☐ Interpersonal Skills
☐ Academic Skills

☐ Cognitive Skills
☐ Vocational/Career Skills
☐ Leisure Time Skills
☐ Character Skills

**10. Justification (Description of Positive Behavior)**

Inmate Egipciaco, Daniel Reg. No. 57385-054, arrived to FCI Fort Dix in July 2013. Inmate Egipciaco has a positive attitude. He was a facilitator for the Young Men Incorporated Program, where he mentored to other inmates. He has maintained steady employment as 5811 housing unit orderly since April 2015 ensuring the highest level of sanitation is maintained at all times. He is always professional and appropriate when communicating with staff and inmates. His work ethic and his ability to communicate with staff makes him a positive role model for newly incarcerated inmates.

| | |
|---|---|
| 11. Printed Name/Signature of Reporting Employee<br>Counselor S. Malloy | 12.Date 07-22-2019 |
| 13. Approved by (Signature and title)<br>Unit Manager K. Byrd | 14. Date 7/23/19 |

## Demonstrated Reentry Skills

This certificate is awarded in recognition of demonstrating notable reentry skills at the Federal Correctional Institution, Fort Dix, New Jersey

```
  FTDBZ          *          INMATE EDUCATION DATA          *       07-15-2019
PAGE 001 OF 001 *                 TRANSCRIPT               *       09:49:55


REGISTER NO: 57385-054      NAME..: EGIPCIACO               FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: FTD-FORT DIX FCI

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
FTD  ESL HAS   ENGLISH PROFICIENT        03-21-2007 0955 CURRENT
FTD  GED HAS   COMPLETED GED OR HS DIPLOMA 03-21-2007 0955 CURRENT


--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL  DESCRIPTION               START DATE  STOP DATE EVNT AC LV  HRS
FTD  GP   YOUNG MEN INCORPORATED - WEST  06-29-2017 08-31-2017  P  C  P   40
FTD  GP   YOUNG MEN INCORPORATED - WEST  05-24-2017 05-24-2017  P  C  P    2
FTD  GP   ACE ENTREPRENEUR 101           01-05-2016 03-26-2016  P  C  P   24
FTD  GP   ACE SMALL BUSINESS SERIES MON  01-07-2016 03-26-2016  P  C  P   24
FTD  GP   ADVANCED MARKETING             01-06-2016 03-26-2016  P  C  P   24
FTD  GP   INT OSHA RULES AND REGULATIONS 10-11-2015 12-27-2015  P  C  P   24
FTD  GP   ACE CLASS IN CREATIVE WRITING  10-06-2015 12-22-2015  P  C  P   24
FTD  GP   7 HABITS OF EFFECTIVE PEOPLE   10-07-2015 12-23-2015  P  C  P   24
FTD  GP   UNIT TEAM DVLPMNT SKILLS PRGRM 12-31-2013 03-31-2014  P  C  P   24
FTD  GP   VT ELECT 1400 - 1530           08-13-2013 01-16-2014  P  C  M  105
OTV  GP   CORE PERFORMANCE               05-16-2009 08-17-2009  P  C  P   10
OTV  GP   CED PUBLIC SPEAKING            09-15-2008 01-12-2009  P  C  P    2
OTV  GP   CED INTRO TO MUSIC CAREERS     03-29-2007 05-24-2007  P  C  P    2
OTV  GP   CED LIFE STRATEGIES            12-20-2007 12-20-2007  P  C  P    1
OTV  GP   EDUCATION ORIENTATION - AM     03-29-2007 03-29-2007  P  C  P    3
BRO  M    ART PRGM ALL UNITS             11-01-2005 04-03-2006  P  C  P   25




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```



## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: EGIPCIACO, DANIEL  57385-054

SEQUENCE: 00119822
Report Date: 07-24-2019



| | |
|---|---|
| Facility: FTD  FORT DIX FCI | Custody Level: IN |
| Name: EGIPCIACO, DANIEL | Security Level: LOW |
| Register No.: **57385-054** | Proj. Rel Date: 11-14-2026 |
| Quarters: P03-183L | Release Method: GCT REL |
| Age: 39 | DNA Status: OTV02135 / 05-24-2011 |
| Date of Birth: ) | |

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:1951 CONSP TO COMMIT ROBBERY,21:846 CONSP TO DIST W/INT TO DIST COCAINE,18:922(G)(1) FELON IN POSS OF A FIREARM CTS1,2,5 | 240 MONTHS |
| 18:924(C)(1)(A)(I) CARRYING A FIREARM DURING A CRIME OF VIOLENCE CT. 3 | 60 MONTHS |

Date Sentence Computation Began:    01-04-2007
Sentencing District:    NEW YORK, SOUTHERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 /    0 /    0 | 756 | Years: 14 Months: 5 Days: | + 700     JC - 0    InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

### Program Plans

| |
|---|
| null |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | 5811 ORD W | BLDG 5811 ORDERLY - FCI WEST | 04-30-2019 |

### Work Assignment Summary

| |
|---|
| null |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | ESL HAS | ENGLISH PROFICIENT | 03-21-2007 |
| FTD | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-21-2007 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FTD GP | C | YOUNG MEN INCORPORATED - WEST | 06-29-2017 | 08-31-2017 |
| FTD GP | C | YOUNG MEN INCORPORATED - WEST | 05-24-2017 | 05-24-2017 |
| FTD GP | C | ACE ENTREPRENEUR 101 | 01-05-2016 | 03-26-2016 |
| FTD GP | C | ACE SMALL BUSINESS SERIES MON | 01-07-2016 | 03-26-2016 |
| FTD GP | C | ADVANCED MARKETING | 01-06-2016 | 03-26-2016 |
| FTD GP | C | INT OSHA RULES AND REGULATIONS | 10-11-2015 | 12-27-2015 |
| FTD GP | C | ACE CLASS IN CREATIVE WRITING | 10-06-2015 | 12-22-2015 |
| FTD GP | C | 7 HABITS OF EFFECTIVE PEOPLE | 10-07-2015 | 12-23-2015 |
| FTD GP | C | UNIT TEAM DVLPMNT SKILLS PRGRM | 12-31-2013 | 03-31-2014 |
| FTD GP | C | VT ELECT 1400 - 1530 | 08-13-2013 | 01-16-2014 |
| OTV GP | C | CORE PERFORMANCE | 05-16-2009 | 08-17-2009 |
| OTV GP | C | CED PUBLIC SPEAKING | 09-15-2008 | 01-12-2009 |



## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: EGIPCIACO, DANIEL   57385-054

SEQUENCE: 00119822
Report Date: 07-24-2019

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| OTV GP | C | CED INTRO TO MUSIC CAREERS | 03-29-2007 | 05-24-2007 |
| OTV GP | C | CED LIFE STRATEGIES | 12-20-2007 | 12-20-2007 |
| OTV GP | C | EDUCATION ORIENTATION - AM | 03-29-2007 | 03-29-2007 |

### Education Information Summary

** No notes entered **

### Discipline Reports

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

*NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Discipline Summary

null

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|------|-----------|--------|-------|------|
| FTD GP | A-DES | TRANSFER RECEIVED | 07-30-2013 | CURRENT |
| OTV GP | A-DES | US DISTRICT COURT COMMITMENT | 03-16-2007 | 07-23-2013 |

### Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 10-19-2005 |
| CARE1-MH | CARE1-MENTAL HEALTH | 06-08-2010 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| ATH RESTR | NO SPORTS/NO WEIGHT LIFTING | 05-21-2013 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-21-2013 |
| YES F/S | CLEARED FOR FOOD SERVICE | 05-21-2013 |

### Current PTP Assignments

| Assignment | Description | Start |
|------------|-------------|-------|

*NO ASSIGNMENTS*

### Current Drug Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| DRG E COMP | DRUG EDUCATION COMPLETED | 05-11-2007 |
| DRG I RQ J | DRG INTRV REQD: JUD RECOMMEND | 03-23-2007 |

### Physical and Mental Health Summary

null

### FRP Details

Most Recent Payment Plan

| FRP Assignment: | COMPLT | FINANC RESP-COMPLETED | Start: 06-12-2008 |
|---|---|---|---|
| Inmate Decision: | AGREED | $40.00 | Frequency: MONTHLY |
| Payments past 6 months: | $0.00 | | Obligation Balance: $0.00 |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $400.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Financial Responsibility Summary



**Summary Reentry Plan - Progress Report**

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: EGIPCIACO, DANIEL  57385-054

SEQUENCE: 00119822
Report Date: 07-24-2019

null

**Release Planning**

Inmate Egipciaco will be releasing back to Queens, New York. He will reside with his mother upon release.

**General Comments**

Daniel Egipciaco/57385-054
FCI Fort Dix
PO Box 2000
Fort Dix, NJ  08640

## Skills & Qualifications

- Computer Literate
- Graphic Design
- Electrical Installation
- General Maintenance

- Mentorship Skills
- Interpersonal Skills
- Resourceful with attentiton to detail
- Ability to learn complex tasks quickly on the job

## Work Experience

**2015-Present: U.S. Department of Justice at FCI Fort Dix**

Unit Orderly - Maintained highest level of sanitation by disposing of garbage, sweeping, mopping, waxing and buffing floors, performing general maintenance, and communication professionally and appropriately with staff and inmates.

**2007-2013: U.S. Department of Justice at FCI Otisville**

Facilitator & Mentor for Young Men Incorporated (YMI) - Facilitated programs such as: Public Speaking, Life Strategies, Victim Impact, and Music Careers Development, while mentoring "at-risk" youth, starting out as a recruiter and working to become President of YMI

**2003-2005: Licensed CDL Driver**

Working for companies such as Big Guyser, Snapple, and Colt 45 delivering beverages, collecting payments, and maintaining inventory at local businesses across New York City.

**1999-2001: Board of Education**

ParaProfessional (Teacher's Aide) - Working with special-needs children in the Special Education Department.  Helping with work assignments, behavioral issues, and lesson planning.

**Summer 2001: Bell Atlantic**

Seasonal Payphone Repair & Coin Collector - Servicing, maintaining, and installing payphones throughout New York City.

Education

- Barauch College (CUNY)
  - 4 semesters of Graphic Design & Liberal Arts courses

- Thomas Edison Vocational & Technical High School
  - Graduated in 1998 with vocational training in Electrical Installation





"A Certified BOP Inmate Organization"

Young Men Incorporated • Re-Entry Initiatives • Educational Fulfillment • Community Development

**Board of Directors**

Dominic Henry
*Founder
Director
President*

Walter Johnson
*Vice President*

Roberto Urbaez
*Executive Director*

**Executive Members**

Alexis Arzola
Juan Bernabe
Daniel Egipciaco
Frank Giddens
Richard Green
William McCollum

**Affiliations**

Tyrone Parker
*Executive Director,
Alliance for
Concerned Men*

•

Ryan C. Mack
*President
&*
Manyell Akinfe
*Vice President
Optimum Capital
Management, LLC*

January 26, 2011

Ruth M. Liebesman
Attorney-at-Law
67 Wall Street
Suite 2200
New York, NY 10005

Re:   Performance Evaluation Report for Daniel Egipciaco 57385-054

In accordance with Community Economic Development (CED) Human Resource Policies and Procedures, this report is a yearly performance evaluation of Daniel Egipciacos' duties and responsibilities as President of Young Men Incorporated (YMI).

## Introduction

In April, 2007 Daniel Egipciaco became a member of Young Men Incorporated, Leadership Training Academy. In July 2007 he became one of YMI top recruiters and by December 2007 he was appointed to serve as Communication Director of YMI. In June 2008 he assumed the position of Vice President of YMI. In January 2009 he was appointed President of Young Men Inc. As President, Daniel has demonstrated an excellent ability to work well with board members, facilitators and Otisville correctional staff. He has developed strong communication skills. His presentations are clear and timely. He has chaired and attended all of the YMI board meetings.

## Milestones and Accomplishments

Daniels' biggest contribution has been in the capacity as President of Young Men Inc. He has created and facilitated the Music Initiatives program which is a three phase curriculum that focus on various business aspects of the music industry. Mr. Egipciaco was selected to participate in the CED Corporate Management Training program (CMT).

An inmate has to distinguish himself, that he is committed to public safety reform and that he is on the road to redemption. Daniel has completed 150 hours of this advance training.

In addition, as President of YMI Mr. Egipciaco has devoted in excess of 40 hours weekly managing and directing many aspects of YMI operations;

* From writing the syllabus
* Recruiting participants
* Facilitating programs
* Interacting with and evaluating YMI members
* Maintaing statistics and records
* His oversight has been a critical component of the success of YMI,
   a program that has graduated over 200 participants in the past eighteen months

One of Daniels' greatest skills is his ability to speak from the heart. He teaches young inmates to look within themselves to understand the choices they have made which resulted in their incarceration. With passion he motivates participants to change their outlooks on programming while incarcerated so they can better themselves and become valued members of their communities upon release. He has been so effective that most of YMI graduates continue onto to a higher achievements.

Leadership

Mr.Egipciaco has demonstrated that he is an organized, authoritative, and confident inmate, executive during critical periods. He has developed the ability to assess a situation and provide effective solutions.

Mr. Egipciaco has lead a successful campaign to stop young men from wearing sagging pants. Now all of YMI participants literally pull their pants up. Mr. Egipciaco leadership is directly responsible for the current success of YMI. He and his staff are continuously providing leadership in stopping gang violence, not having babies out of wedlock, having protected sex, and that its cool to be educated.