**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**UNITED STATES OF AMERICA,**

      - against -                           05-cr-202 (JGK)

**DANIEL EGIPCIACO,**                          **ORDER**

                  **Defendant.**
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The defendant's application for an early termination of supervised release is granted. The defendant's term of supervised release is hereby terminated immediately.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 22, 2021**                /s/ John G. Koeltl
                                            **John G. Koeltl**
                                   **United States District Judge**